IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THIEN QUOC TRINH,<br><br>               Petitioner,<br><br>    vs.<br><br>STEVE FANNON, in his official capacity as Warden, McCook Work Ethic Camp; DAVID EASTERWOOD, in his official capacity as Field Office Director, ICE Enforcement and Removal Operations, St. Paul Field Office; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; DAVID J. VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States;<br><br>               Respondents. | **8:26CV369**<br><br>**ORDER FOR RESPONSE BY RESPONDENTS** |

After Court business hours on July 28, 2026, Petitioner Thien Quoc Trinh, through counsel, filed a Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, challenging the denial of his request for a stay of his removal and the approval of his immediate removal by Immigration and Customs Enforcement (ICE). Filing 1 at 3 (¶ 8). His Petition stated *inter alia*, "His present location remains unconfirmed." Filing 1 at 2 (¶ 1). On July 29, 2026, the Court entered an Order to Show Cause explaining that the Court searched for Petitioner's location by his "A-Number" and "Country of birth" on ICE's Online Detainee Locator System, https://locator.ice.gov/odls/#/details, and the search result showed that Petitioner was then detained in the ERO El Paso East Montana ICE detention facility in El Paso, Texas. Filing 7 at 2. Consequently, the Order to Show cause required that not later than 5:00 p.m. on Thursday, July 30, 2026, Petitioner must show cause why this case should not be dismissed pursuant to 28 U.S.C.

1

§ 1404(a) and/or 28 U.S.C. § 1631 because it does not name the physical custodian as the proper respondent and is brought in the wrong district. Filing 7 (citing *Rumsfeld v. Padilla*, 542 U.S. 426 (2004)). Filing 7 at 3.

Petitioner filed his Response at the end of the day on July 30, 2026. Filing 10; Filing 11 (corrected response). This morning, the Court re-ran its search on ICE's Online Detainee Locator System, which indicated "Search Results: 0." Thus, it is not clear where Petitioner is currently detained and who is his physical custodian. Accordingly, to resolve jurisdictional issues,

IT IS ORDERED that not later than 5:00 p.m. CDT on Monday, August 3, 2026, Respondent shall provide the Court with a statement illustrating Petitioner's location(s) and physical custodian(s) from July 28, 2026, through August 3, 2026, records relating to the same, as well as a statement of ICE's intentions as to relocating Petitioner in the foreseeable future.

Dated this 31st of July, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge

2